UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JASON PETE
                                           PRISONER
       v.                      CIVIL NO. 3:00CV2384 (AWT)

CAPTAIN KEVIN DEGRAY
OFFICER COUTURE
OFFICER BROWNG
OFFICER DAVIS
OFFICER RICHARDSON
```

J U D G M E N T

This cause came on for consideration of the defendants' Motion to Dismiss and Motion for Summary Judgment before the Honorable Alvin W. Thompson, United States District Judge.

The Court has considered both motions and all the related papers. On August 2, 2002, the court granted the defendants' motion to dismiss as to the claim that the defendants denied the plaintiff due process by placing him in-cell restraints for twenty-four hours and denied the motion to dismiss as the plaintiff's excessive force claims. On March 12, 2004, the court granted the motion for summary judgment as to the excessive force claims and directed the Clerk to close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 24th day of March, 2004.

                                              KEVIN F. ROWE, Clerk

                                              By s/s Cynthia Earle
                                                  Cynthia Earle
                                                  Deputy Clerk

Entry on Docket _____